480 F.2d 805
 Ottis Mayo JONES, Plaintiff-Appellant,
v.
Gertrude BALES et al., Defendants-Appellees.
 No. 72-3333. Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Feb. 21, 1973.
 
 Ottis Mayo Jones, pro se.
 Gertrude Bales, pro se.
 Louis C. Woolf, Knoxville, Tenn., and John E. Dougherty, Atlanta, Ga., for Cheatham and Waggoner.
 John W. Stokes, Jr., U. S. Atty., and Beverly B. Bates, Asst. U. S. Atty., Atlanta, Ga., for Kirksey and Taylor.
 Before GEWIN, COLEMAN and MORGAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment of the district court is affirmed on the basis of the reasons stated and authorities cited in the final order, Jones v. Bales, N.D.Ga.1972, 58 F.R.D. 453.
 
 
 
 *
 Rule 18, 5 Cir.; Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I